COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Cigna Healthcare of Texas, Inc. Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company v. S J Associated Pathologists, PLLC

Appellate case number:     01-20-00025-CV

Trial court case number:     2019-79138

Trial court:                 190th District Court of Harris County

This interlocutory appeal was abated on March 26, 2020 because the underlying lawsuit had been removed to federal court. The United States Court of Appeals for the Fifth Circuit subsequently held that the federal court lacked subject-matter jurisdiction and ordered the case remanded back to state court. Accordingly, on August 4, 2020, the federal district court issued an order remanding the case back to state court.

Appellants have filed an opposed motion requesting that this Court (1) lift the abatement and (2) allow appellants to supplement the appellate record and amend appellants' brief. Appellee filed a response that did not object to lifting the abatement but opposed appellants' requests to supplement the record and file an amended brief. Appellants' motion to lift the abatement, supplement the appellate record, and file an amended brief is GRANTED.

The supplemental record shall be filed within **10 days** of this order. Appellants' amended brief shall be filed within **30 days** of this order.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                               Acting individually

Date: ___October 6, 2020____